```
               FILED          RECEIVED
               ENTERED        SERVED ON
                              COUNSEL/PARTIES OF RECORD

                    SEP - 4 2012

               CLERK US DISTRICT COURT
               DISTRICT OF NEVADA
         BY:                         DEPUTY
```

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) 3:12-CR-031-RCJ (VPC) |
| ALAN LETULI, | ) |
| Defendant. | ) |

## PRELIMINARY ORDER OF FORFEITURE

This Court finds that on August 20, 2012, defendant ALAN LETULI pled guilty to Count One of a One-Count Criminal Indictment charging him with Receipt of Child Pornography, in violation of Title 18, United States Code, Section 2252A(a)(2). Indictment, ECF No. 1.

This Court finds defendant ALAN LETULI agreed to the forfeiture of the property set forth in Forfeiture Allegation of the Criminal Indictment. Indictment, ECF No. 1.

This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States of America has shown the requisite nexus between property set forth in the Forfeiture Allegation of the Criminal Indictment and the offense to which defendant ALAN LETULI pled guilty.

The following assets are subject to forfeiture pursuant to Title 18, United States Code, Section 2253:

    1.    Toshiba Satellite Laptop Computer; and

    2.    any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped,

1  or received in violation of Title 18, United States Code, Section 2252A
2  ("property").

3  This Court finds the United States of America is now entitled to, and should, reduce the
4  aforementioned property to the possession of the United States of America.

5  NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the
6  United States of America should seize the aforementioned property.

7  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest of
8  ALAN LETULI in the aforementioned property is forfeited and is vested in the United States of
9  America and shall be safely held by the United States of America until further order of the Court.

10  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America
11  shall publish for at least thirty (30) consecutive days on the official internet government forfeiture
12  website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state
13  the time under the applicable statute when a petition contesting the forfeiture must be filed, and
14  state the name and contact information for the government attorney to be served with the petition,
15  pursuant to Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).

16  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be filed
17  with the Clerk of the Court, Bruce R. Thompson U.S. Courthouse and Federal Building, 400 South
18  Virginia Street, 3rd Floor, Reno, NV 89501.

19  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any,
20  shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the
21  following address at the time of filing:

22  Greg Addington
    Assistant United States Attorney
23  100 West Liberty Street, Suite 600
    Reno, NV 89501
24  . . .
25  . . .
26  . . .

1  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein
2  need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency
3  following publication of notice of seizure and intent to administratively forfeit the above-described
4  property.
5  DATED this ___4___ day of ___September___, 2012.

_____
UNITED STATES DISTRICT JUDGE