```
             FILED            RECEIVED
             ENTERED          SERVED ON
                        COUNSEL/PARTIES OF RECORD

                        MAR - 4 2013

                        CLERK US DISTRICT COURT
                        DISTRICT OF NEVADA
             BY:                         DEPUTY
```

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | 3:12-CR-031-RCJ-(VPC) |
| ALAN LETULI, ) | |
| Defendant. ) | |

### FINAL ORDER OF FORFEITURE

On September 5, 2012, the United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 2252A(a)(2), based upon the plea of guilty by defendant ALAN LETULI to the criminal offense, forfeiting specific property alleged in the Indictment and agreed to in the Plea Memorandum and shown by the United States to have a requisite nexus to the offense to which defendant ALAN LETULI pled guilty. Criminal Indictment, ECF No. 1; Change of Plea Minutes, ECF No. 21; Plea Memorandum, ECF No. 22; Preliminary Order of Forfeiture, ECF No. 27.

This Court finds the United States of America published the notice of the forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from September 9, 2012, through October 8, 2012, notifying all third parties of their right to petition the Court. Notice of Filing Proof of Publication, ECF No. 28.

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

1   This Court finds no petitions are pending with regard to the assets named herein and the time
2   for presenting such petitions has expired.
3   THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right,
4   title, and interest in the property hereinafter described is condemned, forfeited, and vested in the
5   United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P.
6   32.2(c)(2); Title 18, United States Code, Section 2253; and Title 21, United States Code, Section
7   853(n)(7) and shall be disposed of according to law:
8       1.  Toshiba Satellite Laptop Computer; and
9       2.  any book, magazine, periodical, film, videotape, or other matter which
10          contains any such visual depiction, which was produced, transported, mailed,
11          shipped, or received in violation of Title 18, United States Code, Section
12          2252A ("property").
13  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited
14  funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well
15  as any income derived as a result of the United States of America's management of any property
16  forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of
17  according to law.
18  The Clerk is hereby directed to send copies of this Order to all counsel of record and three
19  certified copies to the United States Attorney's Office.
20  DATED this __4TH__ day of __MARCH__, 2013.

_____
UNITED STATES DISTRICT JUDGE